## *United States District Court for the Northern District of Illinois*

Case Number: 08CV5162      Assigned/Issued By: DAJ

Judge Name: HOLDERMAN      Designated Magistrate Judge: MASON

---

**FEE INFORMATION**

Amount Due: [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP    [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00      Receipt #: 3093889

Date Payment Rec'd: 09/10/08      Fiscal Clerk: DAJ

---

**ISSUANCES**

[✓] Summons      [ ] Alias Summons

[ ] Third Party Summons      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____

[ ] Citation to Discover Assets      (Victim, Against and $ Amount)

[ ] Writ _____ (Type of Writ)

3 Original and 0 copies on 09/10/08 as to DEF'S. _____